UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MCGLYNN<br><br>              Plaintiff,<br><br>-against-<br><br>MODSTAR PRODUCTIONS, INC.,<br><br>              Defendant. | 25-CV-00013 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on April 7, 2025 at 10:00 AM.

Biagio Goetzke and counsel for Plaintiff are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 459 771 742 #**.

DATED:  March 18, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge