UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David McGlynn,

                Plaintiff,

    -against-

Modstar Productions, Inc.,

                Defendant.

25cv00013 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference today, the parties shall, by **April 28, 2025,** file a joint update indicating whether (1) a settlement has been reached; (2) the parties would like to continue discussing settlement but do not need the Court's assistance; or (3) the parties would like to continue discussing settlement with the assistance of the Court. If the parties choose the third option, their joint letter shall indicate whether they would like to participate in Court-annexed mediation with a volunteer mediator or in a settlement conference before me.

The initial case management conference and associated deadlines are adjourned sine die.

DATED:  April 7, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge