UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MCGLYNN<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>MODSTAR PRODUCTIONS, INC.,<br><br>　　　　　Defendant. | 25-CV-00013 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　A telephone conference will be held on **Monday, June 23, 2025, at 12:00 P.M.,** to discuss scheduling a settlement conference. The Settlement counsel for Defendant and counsel for Plaintiff are directed to review Judge Tarnofsky's Individual Practices at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky concerning settlement conferences before the call. The Courtroom Deputy will email counsel the conference details.

DATED:　June 17, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge