

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

September 9, 2025

**VIA CM/ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *McGlynn v. Modstar Productions, Inc.*, 1:25-cv-00013-JHR-RFT

Dear Judge Rearden:

We represent Plaintiff David McGlynn in the above-captioned case. We write pursuant to Rule 2.E of the Court's Individual Practices to respectfully request a 30-day extension of time for the parties to file a Notice of Dismissal in this action.

1) The original due date is September 10, 2025

2) No previous request for an extension have been sought

3) No previous requests have been granted or denied

4) Despite best efforts, the parties were not able to complete the settlement transaction before the original deadline

5) Defendant consents to the requested extension

6) There are no other pending deadlines in the case.

Respectfully submitted,

s/ *James H Freeman* /
James H. Freeman

*Counsel for Plaintiff*

c.c. Craig Sanders

---

Application GRANTED. This case was dismissed and discontinued without prejudice on July 28, 2025, with "the right to reopen the action within 45-days." ECF No. 28. The parties' deadline to reopen the case is extended to **October 10, 2025**.

The Clerk of Court is directed to terminate ECF No. 29.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: September 10, 2025