

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

October 6, 2025

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. This case was dismissed and discontinued without prejudice on July 28, 2025, with "the right to reopen the action." ECF No. 28. The parties are not required to file a Notice of Dismissal. *Id.* Instead, if the settlement is not consummated, the parties may "reopen the action." *Id.* The parties' deadline to reopen the action is hereby extended to **November 24, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 31.
>
> SO ORDERED.
>
> *[signature]*
> Jennifer H. Rearden, U.S.D.J.
> Dated: October 7, 2025

Re: <u>McGynn v. Modstar Productions, Inc.,</u> 1:25-cv-00013-JHR-RFT

Dear Judge Rearden:

We represent Plaintiff David McGlynn in the above-captioned case. We write pursuant to Rule 2.E of the Court's Individual Practices to respectfully request an additional 45-day extension of time for the parties to file a Notice of Dismissal in this action.

1) The current due date is October 10, 2025 [Dkt. No. 30]

2) A previous request for an extension was made on September 9, 2025

3) The previous request was granted at Dkt. No. 30

4) The parties have a fully executed settlement agreement; however, the transaction will not be consummated for another 40 days.

5) Defendant consents to the requested extension

6) There are no other pending deadlines in the case.

The parties do not expect to make another extension request.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*



333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878